Prob. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

# UNITED STATES DISTRICT COURT
### for the
## NORTHERN DISTRICT OF NEW YORK

JAN 25 2006

LAWRENCE K. BAERMAN, Clerk
UTICA

UNITED STATES OF AMERICA

v.

Melanie Ramsey

Crim. No. 04-CR-080

On July 23, 2004 the above named was placed on Probation for a period of five years. She has complied with the rules and regulations of Probation and is no longer in need of Probation. It is accordingly recommended that Melanie Ramsey be discharged from Probation.

Approved,

Christopher V. McNeill
Supervising U.S. Probation Officer

Respectfully submitted,

Joanne M. DeFreest
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 25th day of January, 2006

Utica, N.Y.

David N. Hurd
U.S. District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **PAUL W. DEFELICE**<br>**CHIEF PROBATION OFFICER** | PROBATION OFFICE | James T. Foley Courthouse<br>445 Broadway, Room 347<br>Albany, New York 12207<br>(518) 257-1700<br>Fax (518) 257-1701 |

January 23, 2006

Honorable David N. Hurd
U.S. District Judge
Alexander Pirnie Federal Building
10 Broad Street
Utica, NY 13501

                                      RE:    **RAMSEY, Melanie**
                                                  **04-CR-080-001**
                                                  **Early Discharge**

Dear Judge Hurd:

On July 23, 2004 the above named was sentenced to five years probation subsequent to her plea to Aiding and Abetting a Scheme to Fraudulently Obtain Funds from Financial Institutions, 18 U.S.C. §§ 1344 (2) and 2.

The Court ordered several special conditions including 100 hours community service, drug testing/treatment and $40,000 restitution. She satisfied all of these special conditions. Additionally, Ramsey has maintained gainful employment, has avoided further legal problems, has been compliant with the standard conditions of supervision and has maintained a stable residence with her family.

Based on this information, this office is recommending an early discharge. Enclosed is probation form 35. If the Court has any questions, the undersigned can be contacted at (_____)-1729.

Approved:
Christopher V. McNeill
Supervising U.S. Probation Officer

Respectfully submitted,
Joanne M. DeFreest
U.S. Probation Officer

enclosure