

United States District Court
For the Northern District of New York

United States of America

    -VS-　　　　　　　　　　　　　　　　Case No.: 1:04-CR-0080 (DNH)

Melanie S. Ramsey

_____

## ORDER TO SHOW CAUSE

This case is closed and being prepared for storage. It was filed, however, under seal or contains documents which were sealed by order of the Court.

ORDERED that the parties show cause, within thirty (30) days of the date of this order, why the case or documents cannot be unsealed. Failure to respond or show cause will result in the case or documents being unsealed and scanned then uploaded to the District's Electronic Filing System (CM/ECF) without further order.

Signed this 20th day of May, 2010,

Hon. David N. Hurd
U.S. District Judge